The proceedings appearing regular, the judgment of the trial court is affirmed.

## Ray WHITE v. STATE.
### No. 26125.

Court of Criminal Appeals of Texas.
Oct. 15, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The offense is assault to murder; the punishment, three years' confinement in the penitentiary.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

Opinion approved by the Court.